UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Criminal No. 13mj618FLN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) INFORMATION |
| | ) |
| | ) 16 U.S.C. § 3372(a)(1) |
| v. | ) 16 U.S.C. § 3373(d)(2) |
| | ) 16 U.S.C. § 3374 |
| WILLIAM ROBERT WELSH, | ) 16 U.S.C. § 668dd(c) |
| Defendant. | ) 28 U.S.C. § 2461(c) |

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT 1
(Lacey Act Trafficking)

On or about October 27, 2011, in the State and District of Minnesota, the defendant,

**WILLIAM ROBERT WELSH,**

did knowingly transport wildlife, that is, a white-tailed deer, and when in exercise of due care, the defendant should have known that said wildlife was taken in violation of and in a manner unlawful under the laws and regulations of the United States, specifically, Title 16 United States Code, Section 668dd(c), all in violation of Title 16, United States Code, Sections 3372(a)(1), and 3373(d)(2).

Dated: September 19, 2013

Respectfully submitted,

JOHN R. MARTI
Acting United States Attorney

BY: KEVIN S. UELAND
Assistant U.S. Attorney

SCANNED
SEP 20 2013
U.S. DISTRICT COURT ST. PAUL